No. 84–5151.  ANKER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–5152.  BROOKS v. ENGLE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 84–5153.  BYRD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–5155.  LIGHTSEY v. MURPHY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 84–5156.  WEATHERLY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–5158.  BROWN v. JONES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–5159.  THOMAS v. STRAWN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 84–5160.  SMITH v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 84–5162.  COOPER v. RANDALL ET AL.  C. A. 8th Cir. Certiorari denied.

No. 84–5165.  HOFFMAN v. NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 84–5166.  TAYLOR v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 84–5168.  SOSA v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 84–5169.  HARTLEY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5171.  MCCRARY v. FRANKLIN STATE BANK CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–5172.  VEROST v. BOARD OF EDUCATION OF VILLAGE OF RIDGEWOOD.  Super. Ct. N. J., App. Div.  Certiorari denied.